UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN WILLIAMS MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:21-CV-3003-G-BT |
| STEVEN D. GRIMBERG, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated March 30, 2023. The court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted, the objections are overruled, and the plaintiff's "demand for new case" (docket entry 6), construed as a motion under Federal Rule of Civil Procedure 60(b), is **DENIED**.

The court further **WARNS** the plaintiff that if he persists in submitting abusive, disparaging, or contemptuous filings, he could be subject to sanctions,

including monetary sanctions and an injunction preventing him from filing additional lawsuits, as noted in the Magistrate Judge's Findings, Conclusion, and Recommendation. *See* Findings, Conclusions, and Recommendation of the United States Magistrate Judge (docket entry 7).

**SO ORDERED**.

April 7, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**